**Order entered January 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00376-CR

**JOE HENRY MACK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-80956-2013**

## ORDER

On November 1, 2013, this Court adopted a finding that appellant is represented by court-appointed counsel Robert Hultkrantz. We ordered appellant to file his brief by December 6, 2013. To date, appellant has neither filed his brief nor communicated with the Court regarding the appeal.

Accordingly, the Court **ORDERS** appellant to file his brief within **FIFTEEN DAYS** of the date of this order. If appellant's brief is not filed within the time specified, the Court will utilize the available remedies, including ordering that Robert Hultkrantz be removed as appellant's attorney and that new counsel be appointed to represent appellant in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Barnett Walker, Presiding Judge, County Court at Law No. 2, and to counsel for all parties.

/s/ DAVID EVANS
   JUSTICE